IN THE MATTER OF GEORGE F. WING, A LUNATIC.

*Committee of lunatic — when leave to sue should be granted — Right of access to lunatic.*

Leave to sue the committee of the estate of a lunatic, should be granted, when the party applying for such leave shows a case upon which a court of equity would grant relief, if the claim should be established on the trial.

By an order of this court, the petitioner, the wife of the lunatic, was to be allowed access to her husband once a week. The committee subsequently removed the lunatic out of the State. *Held*, that the committee should be required to produce the lunatic once a week, within this State, in some place easily accessible to the petitioner, and that she be allowed free access to him.

APPEAL from an order made at the Special Term, denying a motion for leave to bring a suit against the committee of the lunatic.

*S. B. Higenbotam*, for the appellant.

*Abel Crook*, for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Order modified, so as to allow the petitioner to bring her suit and have access to her husband ; TAPPEN, J., dissenting, unless security be required.

---

IN THE MATTER OF THE PETITION OF CHARLES SHAPER AND ANOTHER, *v.* THE ESTATE OF GEORGE F. WING, A LUNATIC.

*Lunatic — estate of — when liable for necessaries furnished to him.*

In July, 1873, George F. Wing was declared a lunatic, and a committee of his estate was appointed; after which he continued to reside with his family in Brooklyn. The petitioners, after the appointment and in ignorance thereof, sold to the lunatic groceries to the amount of $258.67, such groceries being necessary for him and being used in his family. *Held*, that the bill of the petitioners should be paid out of the lunatic's estate.